UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| CESAR CORTEZ CASTANEDA, | ) | No. ED CV 09-1848-DOC (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| LARRY SMALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 16, 2011

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE